IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-17-BLG-SPW |
|---|---|
| Plaintiff, | **ORDER AUTHORIZING TEMPORARY RELEASE** |
| vs. | |
| JONATHAN LEVI DEPUTEE, | |
| Defendant. | |

Upon motion of Defendant for temporary release to attend his mother's memorial service and reception (Doc. 11), and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be released from U.S. Marshal Service custody at the Yellowstone County Detention Facility on March 11, 2019, at 8:00 a.m. to allow him to travel to, and attend the memorial services for his deceased mother at 10:00 a.m., at the Foursquare Church in Crow Agency, Montana. Defendant shall be transported to and from the funeral services by Alisa Not Afraid.

Upon completion of the memorial services, Defendant shall report back to the Yellowstone County Detention Facility no later than **5:00 p.m. on March 11, 2019**.

DATED this 7th day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge